**PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

Name  HUFF           DEMETRIUS        D.
      (Last)         (First)          (Initial)

Prisoner Number  J-33362

Institutional Address  CTF-SOLEDAD, P.O. BOX 689, Soledad, Ca. 93960

FILED
FEB 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEMETRIUS D. HUFF
(Enter the full name of plaintiff in this action.)

vs.

B. CURRY, WARDEN, et al.

(Enter the full name of respondent(s) or jailor in this action)

AMENDED PETITION

Case No.  CV 08 0297PJH
(To be provided by the clerk of court)

**PETITION FOR A WRIT
OF HABEAS CORPUS**

E-filing

---

Read Comments Carefully Before Filling In

**When and Where to File**

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS           - 1 -

<u>Who to Name as Respondent</u>

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack was entered.

## A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

   (a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

   <u>Riverside Superior Court</u>       <u>Riverside County</u>
   Court                                  Location

   (b) Case number, if known ____ CR4 7285 ____

   (c) Date and terms of sentence ____ 9/9/94 - 15 years to life ____

   (d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.)   Yes _xx_   No ____

   Where?

   Name of Institution: ____ CTF Soledad ____

   Address: ____ P.O. Box 689, Soldad, Calif. 93960 ____

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

   Penal Codes 187 and 159

PET. FOR WRIT OF HAB. CORPUS         - 2 -

3. Did you have any of the following?

    Arraignment:  Yes _xx_  No ____

    Preliminary Hearing:  Yes _xx_  No ____

    Motion to Suppress:  Yes _xx_  No ____

4. How did you plead?

    Guilty ____  Not Guilty _xx_  Nolo Contendere ____

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury _xx_  Judge alone ____  Judge alone on a transcript ____

6. Did you testify at your trial?  Yes ____  No _xx_

7. Did you have an attorney at the following proceedings:

    (a) Arraignment  Yes _xx_  No ____

    (b) Preliminary hearing  Yes _xx_  No ____

    (c) Time of plea  Yes _xx_  No ____

    (d) Trial  Yes _xx_  No ____

    (e) Sentencing  Yes _xx_  No ____

    (f) Appeal  Yes _xx_  No ____

    (g) Other post-conviction proceeding  Yes _xx_  No ____

8. Did you appeal your conviction?  Yes _xx_  No ____

    (a) If you did, to what court(s) did you appeal?

    Court of Appeal  Yes _xx_  No ____

    Year: _____  Result: _____

    Supreme Court of California  Yes _xx_  No ____

    Year: _____  Result: _____

    Any other court  Yes _xx_  No ____

    Year: _____  Result: _____

    (b) If you appealed, were the grounds the same as those that you are raising in this

|   |   |   |
|---|---|---|
| | petition? | Yes ____  No _xx_ |
| (c) | Was there an opinion? | Yes ____  No _xx_ |
| (d) | Did you seek permission to file a late appeal under Rule 31(a)? | |
| | | Yes ____  No _xx_ |

If you did, give the name of the court and the result:

_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?        Yes ____   No _xx_

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

    (a)    If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

        I.    Name of Court: __SUPERIOR COURT OF CALIFORNIA__

            Type of Proceeding: __HABEAS PETITION__

            Grounds raised (Be brief but specific):

            a. __DUE PROCESS - LIBERTY INTEREST__

            b. __PRIOR CRIMINALITY__

            c. __GRAVITY OF THE CRIME__

            d. _____

            Result: __DENIED__   Date of Result: __11/14/06__

       II.   Name of Court: __CALIFORNIA COURT OF APPEALS__

            Type of Proceeding: __HABEAS PETITION__

            Grounds raised (Be brief but specific):

1        a. DUE PROCESS - LIBERTY INTEREST

2        b. PRIOR CRIMINALITY

3        c. GRAVITY OF THE CRIME

4        d. ___

5        Result: Denied   Date of Result: 2/21/07

6  III. Name of Court: CALIFORNIA SUPREME COURT

7     Type of Proceeding: HABEAS PETITION

8     Grounds raised (Be brief but specific):

9        a. DUE PROCESS - LIBERTY INTEREST

10       b. PRIOR CRIMINALITY

11       c. GRAVITY OF THE CRIME

12       d. ___

13     Result: Denied   Date of Result: 10/17/07

14  IV. Name of Court: ___

15     Type of Proceeding: ___

16     Grounds raised (Be brief but specific):

17        a. ___

18       b. ___

19       c. ___

20       d. ___

21     Result: ___   Date of Result: ___

22  (b) Is any petition, appeal or other post-conviction proceeding now pending in any court?

23        Yes ___  No XX

24  Name and location of court: ___

25 **B. GROUNDS FOR RELIEF**

26  State briefly every reason that you believe you are being confined unlawfully. Give facts to

27 support each claim. For example, what legal right or privilege were you denied? What happened?

28 Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS   - 5 -

1 | need more space. Answer the same questions for each claim.

2 | [Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: The Board has repeatedly denied petitioner parole for the crime and unchanging factors.

Supporting Facts: On 12-13-05 Petitioner attended his second parole consideration hearing where the Board denied parole. Stating:"...you are not suitable for parole, and would pose an unreasonable risk of danger to society or a threat to public safety if released..."

Claim Two: The Boards conclusion that petitioner currently poses a threat to public safety was not supported by the record.

Supporting Facts: The Boards conclusion, at the 12/13/05 hearing, that petitioner currently poses a threat to public safety was not supported by the record and is refuted by California code of regulations, title 15, section 2402.

Claim Three: _____

Supporting Facts: _____

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

_____

PET. FOR WRIT OF HAB. CORPUS        - 6 -

1   List, by name and citation only, any cases that you think are close factually to yours so that they
2   are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3   of these cases:
4   BIGGS v TERHUNE, 334 F.3d 910, 916 (9th Cir. 2003)
5   ROSENKRANTZ v MARSHALL, 444 F.2upp.2d 1063, 1084 (C.D. Cal 2006)
6   HAYWARD v MARSHALL, 2008 DJDAR 93
7   Do you have an attorney for this petition?          Yes_____   No  X
8   If you do, give the name and address of your attorney:
9   _____

10   WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11   this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

13   Executed on  Feb 14, 2008                    Demetrius D. Huff
14              Date                              Signature of Petitioner

20   (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS       - 7 -

Demetrius D. Huff #J-33362
CTF
FW-215 Low
P.O. Box 689
Soledad, Ca. 93960

U.S. District Court
Northern District
450 Golden Gate
San Francisco, CA